F I L E D
Clerk
District Court
MAY 04 2023
for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

IN RE:

Application for Exemption from the Electronic Public Access Fees by Yvonne (Yanzi) Han

CASE 1:23-mc-00041

ORDER GRANTING APPLICATION FOR EXEMPTION FROM THE ELECTRONIC PUBLIC ACCESS FEES

This matter is before the Court upon the application and request by Yvonne (Yanzi) Han for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts. The Court finds that Ms. Han, as an individual researcher associated with an education institution working on a defined research project intended for scholarly work, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Ms. Han has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Ms. Han will be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the court of his research project to determine whether creditors/stakeholders gain sufficient information at the early stages of Chapter 11 bankruptcies and how information asymmetry affects their negotiation and voting during Chapter 11s. She will not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to Ms. Han and is valid only for the purposes stated above;

2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3. By accepting this exemption, Ms. Han agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Ms. Han is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet based databases;

5. This exemption is valid until June 30, 2025.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

IT IS SO ORDERED on this 4th day of May, 2023.

_____
RAMONA V. MANGLONA
Chief Judge